# ARREARAGE WORKSHEET

Loan No.: 0665382255  Bk Case No.: 05-70650-SCS

Debtors Name:   Charles E. Hatch and Theresa A. Hatch

Property Address:   552 Ashton Avenue
Franklin, VA  23851

---

Monthly payments:  $511.05

Late Charge:  $22.31

---

Due for: March 01, 2005, through April 01, 2005

| | | | | | |
|---|---|---|---|---|---:|
| 2 | payments | @ | $511.05 | = | $1,022.10 |
| 2 | payments | @ | $22.31 | = | $44.62 |
| | Attorneys Fees | | | = | $700.00 |
| | **Total arrearage** | | | = | **$1,766.72** |