**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

IN RE: CHARLES E. HATCH            CASE NO. 05-70650
      THERESA A. HATCH            CHAPTER 13
      Debtor(s)
_____

SELECT PORTFOLIO SERVICING, INC.,   )
      Plaintiff,                                    )
                                          )
v.                                      )       Motion No. _____
                                          )
CHARLES E. HATCH,                )
THERESA A. HATCH,              )
GEORGE W. NEAL, TRUSTEE,      )
      Defendants.                      )
_____)

<u>ORDER GRANTING RELIEF FROM STAY</u>

THIS CAUSE came to be heard on the Motion for Relief from Stay from the automatic stay provisions of 11 U.S.C. Section 362, and for such other relief as may seem proper, and,

UPON IT APPEARING TO THE COURT that the Debtor has filed an Answer consenting to the relief requested and has agreed to the relief sought as evidenced by signature below, and the Trustee has agreed to the relief sought as evidenced by signature below, it is therefore

ORDERED that the automatic stay shall be and hereby is lifted to permit Plaintiff to pursue Deed of Trust remedies with respect to the premises located at 301 Washington Street, Franklin, Virginia 23851, more specifically described as

> ALL THAT certain lot or parcel of land, lying, situate and being in the Coyt of Franklin on the eastern corner of the intersection of Maplewood and Washington Street and designated as Lot No. 5 on that certain map or plat entitled "Washington Square", Property of Victor A. Lester, made February 1974 by J.E. Henry, C.L.S., duly recorded in the Clerk's Office of the Circuit Court of Southampton County, Virginia in Plat Book 11 at Page 86.

ENTERED this _____ day of _____, 200___.

Kevin R.
Hildebeidel, P.C.
10412 Main Street
Second Floor
Fairfax, VA 22030
Tel: 703-359-4118
Fax: 703-352-9065

Kevin Hildebeidel
VSB #35645

Kevin R.
Hildebeidel, P.C.
10412 Main Street
Second Floor
Fairfax, VA 22030
Tel: 703-359-4118
Fax: 703-352-9065

Kevin Hildebeidel
VSB #35645

_____
Judge
U.S. Bankruptcy Court

I ASK FOR THIS:

KEVIN R. HILDEBEIDEL, P.C.
Counsel for Plaintiff


By:     _/s/ Kevin R. Hildebeidel_____
        Kevin R. Hildebeidel, Esq. VSB # 35645
        KEVIN R. HILDEBEIDEL, P.C.
        10412 Main Street, Second Floor
        Fairfax, Virginia 22030
        Tel: 703-359-4118
        Fax: 703-352-9065

SEEN AND AGREED:

        _/s/ James L. Pedigo_____
        James L. Pedigo, Jr.
        Alexander P. Smith, P.C.
        P.O. Box 3368
        223 W. City Hall Avenue, Suite 210
        Norfolk, Virginia 23514-3368


SEEN:

        _/s/ George W. Neal, Trustee_____
        George W. Neal, Trustee
        870 Greenbriar Circle, Suite 402
        Chesapeake, Virginia 23320

Will the clerk please send copies of this Order in electronic format to all parties who are listed on the ECF system and to:

Charles E. Hatch
Theresa A. Hatch
301 Morton Street
Franklin, Virginia 23851