**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

In re:
CHARLES L. HATCH                                  Case No. 05-70650-SCS
THERESA A. HATCH                                  Chapter 13

    Debtor(s).

LONG BEACH MORTGAGE
C/O WASHINGTON MUTUAL BANK, F.A.
9601 McCallister Freeway, Suite 110
San Antonio, TX 78216
    Plaintiff,

v.                                                CMN

CHARLES E. HATCH
THERESA A. HATCH,
GEORGE W. NEAL, Trustee,

    Defendant(s).

## <u>A N S W E R</u>

**COME NOW** the debtors by counsel, and for their answer to the Motion For Relief from Stay filed herein, represents that they have no objection to the entry of the order.

1. The debtors' anticipate surrendering the real estate located at 313 Madison Avenue, Franklin, Virginia back to Long Beach Mortgage.

**WHEREFORE,** the counsel for the Debtors pray that the motion for relief requested by Howard N. Bierman, Esquire, counsel for Long Beach Mortgage be granted.

James L. Pedigo, Jr., Esquire (VSB #30796)
Counsel for Debtors
**ALEXANDER P. SMITH AND ASSOCIATES, P.C.**
Post Office Box 3368
Norfolk, Virginia 23514-3368
E-mail: jlpedigo@infionline.net
(757) 622-1621

**CHARLES E. HATCH**
**THERESA A. HATCH**


By /s/ James L. Pedigo, Jr.
Of Counsel

**CERTIFICATE OF SERVICE**

 This is to certify that a true copy of the foregoing Answer was mailed/or electronically forward this 27th day of April, 2005 to Howard N. Bierman, Esquire, Counsel for Long Beach Mortgage, Bierman, Geesing & Ward, L.L.C., 7315 Wisconsin Avenue, Bethesda, MD 20814; George W. Neal, Trustee, 870 Greenbrier Circle, Suite 402, Chesapeake, VA 23320, the debtors 301 Morton Street, Franklin, VA 23851.

/s/James L. Pedigo, Jr.
James L. Pedigo, Jr., Esquire

kid