```
                    UNITED STATES BANKRUPTCY COURT
                  FOR THE EASTERN DISTRICT OF VIRGINIA
                            NORFOLK DIVISION
```

**In re:**
**CHARLES E. HATCH,**                              Case No. 05-70650-SCS
**THERESA A. HATCH**                               Chapter 13
    **Debtor(s).**

## ORDER

This matter having come on the Debtors' Objection to the Proof of Claim #10 filed herein by Select Portfolio Servicing, Inc., in the amount of $53,876.07; and

It appearing to the Court that Select Portfolio Servicing, Inc. filed a secured claim secured by real estate located at 301 Washington Street, Franklin, VA. The Debtors' plan indicates that this property is to be surrendered, and Debtors' counsel has endorsed a Consent Order granting relief from the automatic stay. Based upon the foregoing the claim should be disallowed; and

It is hereby **ADJUDGED, ORDERED** and **DECREED** that the Objection to the Proof of Claim #10, filed by Select Portfolio Servicing, Inc., in the amount of $53,876.07 is hereby sustained, that the claim is hereby disallowed in its entirety.

**James L. Pedigo, Jr., Esquire (VSB#30796)**
**Counsel for the Debtors**
**ALEXANDER P. SMITH AND ASSOCIATES, P.C.**
**Post Office Box 3368**
**Norfolk, Virginia 23514-3368**
**E-mail: jlpedigo@infionline.net**
**(757) 622-1621**

**ENTER:**

Date: _____  _____
U. S. Bankruptcy Judge

Entered on Docket:_____

I ask for this:
/s/ James L. Pedigo, Jr.
_____
**James L. Pedigo, Jr., Esquire (VSB #30796)**
**Counsel for the Debtors**
**ALEXANDER P. SMITH AND ASSOCIATES, P.C.**
**Post Office Box 3368**
**Norfolk, Virginia 23514**
**E-mail: jlpedigo@infionline.net**
**(757) 622-1621**

Seen:
/s/ George W. Neal

_____
**George W. Neal, Trustee**
**870 Greenbrier Circle, Suite 402**
**Chesapeake, Virginia 23320**
**(757) 961-3000**

## **CERTIFICATION**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ James L. Pedigo, Jr.
_____
James L. Pedigo, Jr., Esquire

**PARTIES TO RECEIVE COPIES**

James L. Pedigo, Jr., Esquire
ALEXANDER P. SMITH AND ASSOCIATES, P.C.
P. O. Box 3368
Norfolk, Virginia 23514

George W. Neal, Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, Virginia 23320

Mr. and Mrs. Charles E. Hatch
301 Morton Street
Franklin, Virginia 23851

Kevin R. Hildebeidel, Esquire
Counsel for Select Portfolio Servicing, Inc.
10412 Main Street, Second Floor
Fairfax, Virginia 22030

Select Portfolio Servicing, Inc.
Attention: Bankruptcy Department
P.O. Box 65450
Salt Lake City, Utah 81465


kid