BGW#: 27131

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| IN RE: | Case No. 05-70650-SCS |
| CHARLES E. HATCH | |
| THERESA A. HATCH | |
|     Debtors | Chapter 13 |
| _____ | |
| LONG BEACH MORTGAGE | |
| c/o WASHINGTON MUTUAL BANK, FA | |
| 9601 McCallister Freeway, Suite 110 | |
| San Antonio, TX  78216 | Motion No. |
|     Movant | |
| | |
| CHARLES E. HATCH | |
| THERESA A. HATCH | |
| 301 Morton Street | |
| Franklin, VA  23851 | |
|     Debtors/Respondents | |

## CONSENT ORDER TERMINATING THE AUTOMATIC STAY

    Long Beach Mortgage, its successors and/or assigns, ('Movant') , Charles E. Hatch and Theresa A. Hatch ("Debtors/Respondents") have reached an agreement to terminate the automatic stay in this matter.  Therefore, upon review of the Motion Seeking Relief from the Automatic Stay filed herein by Movant, it is this  ____ day of _____, 2005,

    ORDERED, that the Automatic Stay shall be, and the same hereby is, TERMINATED, pursuant to 11 U.S.C. § 362(d) to permit Movant and/or its successors and assigns to commence a foreclosure proceeding as permitted by state law and pursuant to the terms of the Deed of Trust securing the Movant against the real property belonging to the Debtors known as **313 Madison Avenue, Franklin, VA  23851** ("the Property"),  and to allow the successful purchaser to take possession of same.

 

                                                     _____
                                                     Judge, U.S. Bankruptcy Court
                                                     for the Eastern District of Virginia

Howard N. Bierman, Esq., VSB #31182
Air Rights Center, Suite 315, East Tower
7315 Wisconsin Ave.
Bethesda, MD  20814
(301) 961-6555
Attorney for the Movant

**WE ASK FOR THIS:**

  /s/ Howard N. Bierman, Esq.  
Howard N. Bierman, Esq., VSB #31182  
Bierman, Geesing & Ward, LLC  
7315 Wisconsin Ave., Suite 315, East Tower  
Bethesda, MD 20814  
Attorney for Movant

  /s/ George W. Neal 6/3/2005  
George W. Neal, Trustee  
870 Greenbrier Circle, Suite 402  
Chesapeake, VA 23320

### **CERTIFICATION OF DEBTOR'S ATTORNEY**

I HEREBY CERTIFY that I approve of the foregoing Consent Order and that its terms have been provided to the Debtor(s), who consent(s) to the terms provided herein.

              /s/ James L. Pedigo  
              _____  
              James L. Pedigo Jr., Esq.  
              223 E. City Hall Avenue, Suite 210  
              P.O. Box 3368  
              Norfolk, VA  23514

### **CERTIFICATION**

I HEREBY CERTIFY that the foregoing proposed Consent Order has been endorsed by or on behalf of all necessary parties.

              /s/ Howard N. Bierman  
              _____  
              Howard N. Bierman, Esq.

CLERK TO MAIL COPIES TO:

Charles E. Hatch  
301 Morton Street  
Franklin, VA  23851

Theresa A. Hatch  
301 Morton Street  
Franklin, VA  23851