**United States Bankruptcy Court**
**Eastern District of Virginia**
Norfolk Division
400 USCourthouse,600 Granby St
Norfolk, VA 23510

| | |
|---|---|
| **In re:** | **Case Number** 05−70650−SCS |
| Charles E. Hatch | **Chapter** 13 |
| Theresa A. Hatch | **Judge** Stephen C. St. John |
| Debtor(s) | |

## NOTICE OF FAILURE TO PROSECUTE

To: Moving Party

    Upon a review of the above referenced case, or adversary proceeding, it appears that the parties may not be diligently prosecuting the following matter:

*47* – Motion for Relief from Stay Re: 301 Morton Street, Franklin, VA 23851 filed by Howard N. Bierman of Bierman, Geesing & Ward, LLC on behalf of Long Beach Mortgage. (Attachments: # (1) Exhibit(s) Arrearage Worksheet# (2) Notice of Motion) (Bierman, Howard)

    NOTICE IS HEREBY GIVEN that unless there is some disposition made of this matter within ten (10) days from the date of this notice, or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

Date: August 31, 2005                                             William C. Redden , Clerk
                                                                                       United States Bankruptcy Court

                                                                                       By /s/ Vickie Griffin
                                                                                        Deputy Clerk

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0422-8         User: griffinv           Page 1 of 1              Date Rcvd: Aug 31, 2005
Case: 05-70650               Form ID: failpros        Total Served: 1
```

The following entities were served by first class mail on Sep 02, 2005.
aty        +Howard N. Bierman,   Bierman, Geesing & Ward, LLC,   Air Rights Center, East Tower,
             7315 Wisconsin Ave., Ste. 315,   Bethesda, MD 20814-3202

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2005**                      Signature:    _Joseph Speetjens_