BGW#: 27137

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| IN RE: | Case No. 05-70650-SCS |
| CHARLES E. HATCH | |
| THERESA A. HATCH | |
|    Debtors | Chapter 13 |
| _____ | |
| LONG BEACH MORTGAGE | |
| c/o WASHINGTON MUTUAL BANK, FA | |
| 9601 McCallister Freeway, Suite 110 | |
| San Antonio, TX  78216 | Motion No. |
|    Movant | |
| vs. | |
| CHARLES E. HATCH | |
| THERESA A. HATCH | |
| 301 Morton Street | |
| Franklin, VA  23851 | |
|    Debtors/Respondents | |

_____

## NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

     COMES NOW, Long Beach Mortgage its successors and/or assigns, by and through counsel, hereby withdraws, without prejudice, its Motion for Relief from Automatic Stay filed herein against Charles E. Hatch and Theresa A. Hatch.

                                                  */s/ Howard N. Bierman, Esq.*
                                           Howard N. Bierman, Esq., VSB #31182
                                           Air Rights Center, Suite 315, East Tower
                                           7315 Wisconsin Ave.
                                           Bethesda, MD  20814
                                           (301) 961-6555
                                           Attorney for the Movant

Howard N. Bierman, VSB #31182
Air Rights Center, Suite 315, East Tower
7315 Wisconsin Ave.
Bethesda, MD  20814
(301) 961-6555
Attorney for the Movant

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 14th day of September, 2005, to the extent that the following person(s) were not served electronically via the CM/ECF system, a copy of the foregoing NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY was mailed, first class postage prepaid to:

James L. Pedigo Jr., Esq.
223 E. City Hall Avenue, Suite 210
P.O. Box 3368
Norfolk, VA  23514

George W. Neal, Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

Charles E. Hatch
301 Morton Street
Franklin, VA  23851

Theresa A. Hatch
301 Morton Street
Franklin, VA  23851

                                                               */s/ Howard N. Bierman, Esq.*
                                                               Howard N. Bierman, Esq.