# In The United States Bankruptcy Court
## For The Eastern District Of Virginia
### Norfolk Division

In re:     CHARLES E & THERESA A HATCH                                    Chapter 13
                                                                         05-70650-SCS

Debtor(s)

SSN: ***-**-8071, SSN: ***-**-5387

---

## MOTION AND NOTICE TO ALLOW CLAIMS

---

**This pleading is being served by means of first class mail postage pre-paid on all creditors and parties in interest. It contains important information, and should be reviewed by you. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** According to the records of George W. Neal, Standing Chapter 13 Trustee, the creditors set out below have filed claims seeking distribution from the estate. Each of the claims will be allowed as recited below unless on or before twenty (20) days following the date of this Notice, a party in interest objects pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure. Upon expiration of the twenty (20) day period, an Order will be presented to the Court granting the Motion. You will not receive a copy of the Order, but may review it at the Bankruptcy Court Clerk's Office during business hours. You may also obtain a copy of the Order from the Chapter 13 Trustee. The name, address, and other pertinent information regarding the claims follows.

---

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|---|---|---|---|---|---|---|
| 14 | CAPITAL ONE AUTO FINANCE PO BOX 201347 ARLINGTON TX 76006 | May 13, 2005 | .00 | | .00 "No Interest" | OUTSIDE |
| | CITY OF FRANKLIN 207 W SECOND AVE PO BOX 179 FRANKLIN VA 23851 | Mar 23, 2005 | .00 "Claim Not Filed" | | .00 "No Interest" | OUTSIDE |
| 10 | SELECT PORTFOLIO SERVICING PO BOX 65450 SALT LAKE CITY UT 84165 | Apr 19, 2005 | .00 | Pro Rata | .00 "No Interest" | SURREND |
| 4 | SELECT PORTFOLIO SERVICING PO BOX 65450 SALT LAKE CITY UT 84165 | Mar 24, 2005 | .00 | Pro Rata | .00 "No Interest" | SURREND |
| 3 | WASHINGTON MUTUAL BANK MAIL STOP N010201 9451 CORBIN AVE NORTHRIDGE CA 91324 | Mar 02, 2005 | 4,938.82 | Pro Rata | .00 "No Interest" | ARREARS |

---

Page: 1

George W. Neal
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|---|---|---|---|---|---|---|
| 1 | WASHINGTON MUTUAL BANK<br>MAIL STOP N010201<br>9451 CORBIN AVE<br>NORTHRIDGE CA          91324 | Mar 07, 2005 | .00 | Pro Rata | .00<br>"No Interest" | SURREND |
| 2 | WASHINGTON MUTUAL BANK<br>MAIL STOP N010201<br>9451 CORBIN AVE<br>NORTHRIDGE CA          91324 | Mar 07, 2005 | .00 | Pro Rata | .00<br>"No Interest" | SURREND |
| 5/12 | INTERNAL REVENUE SERVICE<br>ATTN SPECIAL PROCEDURES<br>PO BOX 10025 ROOM 898<br>RICHMOND VA 23240 | Apr 27, 2005 | 16,390.03 | Pro Rata | .00<br>"No Interest" | Priority |
|  | INTERNAL REVENUE SERVICE<br>ATTN SPECIAL PROCEDURES<br>PO BOX 10025 ROOM 898<br>RICHMOND VA 23240 | Mar 23, 2005 | .00<br>"Claim Not Filed" | Pro Rata | .00<br>"No Interest" | Priority |
|  | INTERNAL REVENUE SERVICE<br>ATTN SPECIAL PROCEDURES<br>PO BOX 10025 ROOM 898<br>RICHMOND VA 23240 | Mar 23, 2005 | .00<br>"Claim Not Filed" | Pro Rata | .00<br>"No Interest" | Priority |
| 6 | BANK ONE DELAWARE<br>C/O WEINSTEIN & RILEY PS<br>2101 4TH AVE SUITE 900<br>SEATLE WA 98121 | Mar 31, 2005 | 9,209.06 | Pro Rata | .00<br>"No Interest" | Unsecured |
|  | FIRST CONSUMER NATIONAL BAN<br>PO BOX 2638<br>OMAHA NE  68103-2638 | Mar 23, 2005 | .00<br>"Claim Not Filed" | Pro Rata | .00<br>"No Interest" | Unsecured |
| 5/12 | INTERNAL REVENUE SERVICE<br>ATTN SPECIAL PROCEDURES<br>PO BOX 10025 ROOM 898<br>RICHMOND VA 23240 | Apr 27, 2005 | 7,388.39 | Pro Rata | .00<br>"No Interest" | Unsecured |
|  | JONES ELECTRIC<br>100 N MAIN ST<br>EMPORIA VA          23847 | Mar 23, 2005 | .00<br>"Claim Not Filed" | Pro Rata | .00<br>"No Interest" | Unsecured |
| 11 | ECAST SETTLEMENT CORPORATIO<br>PRIVATE LABEL LOWES RETAIL<br>PO BOX 35480<br>NEWARK NJ          07193-5480 | Apr 26, 2005 | 3,364.72 | Pro Rata | .00<br>"No Interest" | Unsecured |

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|------|----------------------|------------|-----------|-----------|------------|------|
| 8 | ECAST SETTLEMENT CORP<br>PRIVATE LABEL LOWES RETAIL<br>PO BOX 35480<br>NEWARK NJ  07193-5480 | Apr 08, 2005 | 3,968.32 | Pro Rata | .00<br>"No Interest" | Unsecured |
|  | WACHOVIA BANKCARD SERVICES<br>PO BOX 15026<br>WILMINGTON DE  19850-5026 | Mar 23, 2005 | .00<br>"Claim Not Filed" | Pro Rata | .00<br>"No Interest" | Unsecured |
|  | WALMART<br>PO BOX 530927<br>ATLANTA GA  30353-0927 | Mar 23, 2005 | .00<br>"Claim Not Filed" | Pro Rata | .00<br>"No Interest" | Unsecured |
|  | WASTE INDUSTRIES<br>3821 COOK BLVD<br>CHESAPEAKE VA  23323 | Mar 23, 2005 | .00<br>"Claim Not Filed" | Pro Rata | .00<br>"No Interest" | Unsecured |
|  | ASCENSION CAPITAL GROUP LTD<br>CAPITAL ONE AUTO FINANCE DE<br>PO BOX 201347<br>ARLINGTON TX 76006 | Mar 28, 2005 | .00<br>"Claim Not Filed" | Pro Rata | .00<br>"No Interest" | NOTICE O |
|  | SELECT PORTFOLIO SERVICE IN<br>3815 SOUTH WEST TEMPLE<br>SALT LAKE CITY UT  84115 | Mar 30, 2005 | .00<br>"Claim Not Filed" | Pro Rata | .00<br>"No Interest" | NOTICE O |
| 9 | FRIEDMANS INC<br>PO BOX 8025<br>SAVANNAH GA  31412 | Apr 11, 2005 | 116.94 | Pro Rata | .00<br>"No Interest" | Secured |
| 7 | FAIRFIELD RESORTS INC<br>10750 WEST CHARLESTON BLVD<br>STE 130<br>LAS VEGAS NEVADA  89135 | Apr 06, 2005 | 9,056.00 | Pro Rata | .00<br>"No Interest" | Secured |

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution indicated above.

DATED:     Thu Nov 03, 2005

/s/ George W. Neal

George W. Neal
Chapter 13 Standing Trustee

05-70650-SCS

# In The United States Bankruptcy Court
## For The Eastern District Of Virginia
### Norfolk Division

In re:      CHARLES E & THERESA A HATCH                            Chapter 13
                                                                         05-70650-SCS

Debtor(s)
              SSN: ***-**-8071, SSN: ***-**-5387

### ORDER APPROVING CLAIMS

     Upon the Motion To Allow Claims, no adverse interest appearing, the Court finds that the matters stated therein are true and, that;

     Pursuant to 11 U.S.C. 502(a) the claims which have been filed as recited in said motion are deemed allowed unless objection is made by the parties receiving the motion; it is therefore,

     ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the debtor(s) and to the debtors' attorney of record, and that the debtor(s) be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper. The absence of a timely written objection will be deemed an approval by the debtor(s) of the claims as recited in the Motion. Following entry of this Order, any creditor may file an amended claim to reduce the amount claimed. Any amended claim purporting to increase the amount of any claim allowed by this Order shall be allowed only upon separate order of the Court. Any claim not filed as of the date of the entry of this Order shall not be allowed, except upon further order of the Court. Any objection to claim filed after entry of this Order shall make specific reference to this Order, in plain language, so as to advise any creditor or other effected party that the provisions of this Order, as they relate to that specific claim or claims, will be changed if the objection to claim is sustained.

     The Clerk shall send a copy of this Order to George W. Neal, Chapter 13 Trustee, 870 Greenbrier Circle, Suite 402 Chesapeake, 23320, the attorney for the debtor(s) and the debtor(s).

Dated: _____

                                                  _____
                                                     Judge

                                                  _____
                                          Entry of Judgement or Order

George W. Neal
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000