**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

In re:
CHARLES E. HATCH     Case No. 05-70650-SCS
THERESA A. HATCH     Chapter 13
    Debtor(s).

LONG BEACH MORTGAGE
c/o WASHINGTON MUTUAL, BANK, FA
    Plaintiff,

v.                                                    CMN
CHARLES E. HATCH
THESESA A. HATCH
And
GEORGE W. NEAL, TRUSTEE

    Defendant(s).

# A N S W E R

**COMES NOW** the debtor by counsel, and for their answer to the Motion For Relief from Stay filed herein, represents as follows:

1. The allegations contained in paragraphs 1, 3, and 4 are hereby admitted.

2. The allegations contained in paragraphs 2, 5, 6, 7 8, 9, 10, 11, 12, 13, 14, 15, and 16 are neither admitted nor denied and strict proof thereof is demanded.

**James L. Pedigo, Jr., Esquire (VSB #30796)**
**Counsel for the Debtor**
**HARBOUR LAW, P.L.C.**
**500 E. Main Street, Suite 1600**
**Post Office Box 3127**
**Norfolk, Virginia 23514-3127**
**E-mail: Pedigo@HarbourLaw.us**
**(757) 622-1621**

**WHEREFORE,** the debtors pray that the motion for relief be dismissed; that the relief requested be denied; and for such other and further relief as in the premises may seem meet.

                              **CHARLES E. HATCH**
                              **THERESA A. HATCH**

                            By /s/ James L. Pedigo, Jr.
                                   Of Counsel

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing Answer was mailed and/or electronically forwarded this 25th day of July, 2006, to Howard N. Bierman, Esquire, 7315 Wisconsin Avenue, Bethseda, MD 20814; George W. Neal, Trustee, 870 Greenbrier Circle, Suite 402, Chesapeake, VA 23320; the debtor at 301 Morton Street, Franklin, VA 23851.

                              /s/ James L. Pedigo, Jr.
                              James L. Pedigo, Jr., Esquire

kid