# GEORGE W. NEAL

**CHAPTER 13 STANDING TRUSTEE**
**870 GREENBRIER CIRCLE, SUITE 402**
**CHESAPEAKE, VA 23320**
**TELEPHONE (757) 961-3000**
**FACSIMILE (757) 961-3001**

May 12, 2008

JAMES L PEDIGO JR ESQUIRE
500 E MAIN ST SUITE 1600
NORFOLK, VA 23510

Re: CHARLES E HATCH
    THERESA A HATCH
    Case No.: 05-70650

Dear Sir or Madam,

As of today, we have yet to receive a copy of the Preliminary and/or Final Settlement Statement from the anticipated transaction as required. Per our records, the Order Authorizing the above-referenced debtors to Refinance, Sale or Purchase Real Estate was entered with the United States Bankruptcy Court thirty (30) days or more ago. **Kindly, file your response to this letter with the U.S. Bankruptcy Court as to the status of this matter as soon as possible.**

Please be advised, that if a sufficient response is not received **within five (5) days from the date of this letter,** I may be compelled to bring this matter to the attention of the U.S. Bankruptcy Court for appropriate action and disposition.

Very truly yours,

/s/ George W. Neal
George W. Neal
Chapter 13 Trustee

cc: CHARLES E HATCH & THERESA A HATCH
    CLERK, U.S. BANKRUPTCY COURT - EASTERN DISTRICT OF VIRGINIA