# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| In re:    CHARLES E HATCH | Chapter 13 |
| THERESA A HATCH | Case No.: 05-70650-FJS |
| Debtors | |

## REPORT BY TRUSTEE OF COMPLETION OF PLAN PAYMENTS

NOW COMES the Chapter 13 Trustee herein, George W. Neal, and certifies to the Court that the debtors have completed their plan payments pursuant to the confirmed plan in this case and are entitled to receive their discharge at this time pursuant to Section 1328(a) of the Bankruptcy Code.  Your trustee will proceed to close this case and file his "Final Report And Account" upon the clearing of all outstanding checks.

Respectfully submitted,

/s/ George W. Neal

George W. Neal
Chapter 13 Trustee

Date:  April 03, 2009