September 10, 2009

301 Morton Street
Franklin, Virginia 23851

SEP 1 6 REC'D

The Honorable Frank J. Santoro
U.S. Bankruptcy Court

Dear Judge Santoro:

I am writing this letter regarding Case NO. 05-70650-FJS, Docket 143 filed May 5, 2009. I have attached the aforementioned document for your convenience.

Charles and I have become very stressed over the fact that Long Beach has continued, since May 2009, to mail us certified notices threatening foreclosure of our residential property located at 301 Morton Street, Franklin, Virginia 23851 if we don't make a payment. We met your order as described on page 1, paragraph 1 – 4 on April 21, 2009 (see enclosed Docket 143). A $499.29 payment was made by us on the same day to bring our debt current. We have made our arranged payments faithfully every since (see enclosed receipts).

Our residential property was not an item of the Bankruptcy case. These notices state that our mortgage payments are delinquent (see enclosures). This can't be true when we are making our monthly payments faithfully (see attached statements of payments made).

Also please note that on page 1, paragraph 5, you ordered Long Beach to send to us monthly statements to assist us in making the correct monthly mortgage payment.. These statements are not clear to us as to what our monthly mortgage payment is nor do they indicate our balance after a payment has been posted to our account. We are confused a great deal; and would rather use payment coupons to make mortgage payments.

We have spoken to Mr. Pedigo several times in reference to this matter; but to no avail. (see enclosed letters from him).

It would be greatly appreciated if you would help us resolved this matter. Thank you so kindly.

Yours truly,


Charles Hatch and Theresa Hatch

enclosures

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:
    CHARLES E. HATCH,               Case No. 05-70650-SCS
    THERESA A. HATCH
      Debtors
                                                  Chapter 13

LONG BEACH MORTGAGE
c/o WASHINGTON MUTUAL BANK
    Movant
Vs.
CHARLES E. HATCH
THERESA A. HATCH
    Debtors/Respondents

### O R D E R

This matter came to be heard upon the Debtors' request for hearing to determine the payment status of mortgage payments with Long Beach Mortgage Company (Long Beach) and was argued by counsel; and

Based upon the recitation of facts by Debtors' counsel and as agreed upon by Counsel for Long Beach, it appears to the Court that the Debtors have completed their Chapter 13 Plan payments and have received their Discharge and that any pre-petition mortgage arrearage has been paid through the Chapter 13 plan; and

It further appearing to the Court that Long Beach is holding $6,479.19 in escrow and an additional $1,105.78 in suspense for a total amount of $7,584.97; and

James L. Pedigo, Jr., Esquire (VSB #30796)
Counsel for the Debtors
HARBOUR LAW P.L.C.
500 East Main Street, Suite 1600
Norfolk, Virginia 23510
Email: Pedigo@HarbourLaw.us
757-622-1621

It further appearing that the Debtors are due for their February and March, 2009, payments to Long Beach in the total amount of $5,389.48; and

Based upon that foregoing it is **ADJUGDED, ORDERED,** and **DECREED** that Long Beach shall and the same hereby is ordered to apply the amounts held in escrow and in suspense to the February and March, 2009, mortgage payments; and

It is further **ADJUGDED, ORDERED,** and **DECREED** that after the application of the funds held in escrow and suspense to the February and March, 2009, mortgage payments, the remaining balance of $2,195.49 is to be applied to the April, 2009, payment along with a payment of $499.25 to be made to Long Beach by the Debtors on or before April 26, 2009; and

It is further **ADJUGDED, ORDERED,** and **DECREED** that upon payment by the Debtors of $499.29 for the April, 2009, payment the account shall be deemed current and acknowledged as such by Long Beach; and

It is further **ADJUGDED, ORDERED,** and **DECREED** that Long Beach shall send to the Debtors monthly statements to assist the Debtors in making the correct monthly payments as they come due; and

It is further **ADJUGDED, ORDERED,** and **DECREED** that this Court shall retain jurisdiction over this matter to resolve any future disputes which may arise regarding the interpretation and enforcement of this Order; and

It is further **ADJUGDED, ORDERED,** and **DECREED** that should this matter be brought before the Court again regarding the interpretation and enforcement of this Order, the prevailing party shall be awarded their reasonable attorney fees and costs against the opposing party; and

It is further **ADJUGDED, ORDERED,** and **DECREED** that copies of the aforesaid order shall be forwarded to the following.

**ENTER:**

Date: May 5 2009

/s/ Frank J. Santoro

U.S. Bankruptcy Judge

Entered on docket: 5/5/09

I ask for this:

/s/James L. Pedigo, Jr.
James L. Pedigo, Jr., Esquire (VSB #30796)
Attorney for the Debtors
HARBOUR LAW P.L.C.
500 East Main Street, 23510
Email: Pedigo@HarbourLaw.us
Area Code 757-622-1621

Seen:
/s/Warren Uthe signing for,
George W. Neal., Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, Virginia 23320
757-961-3000

   /s/Stephen B. Wood
Stephen B. Wood, Esquire
Bierman, Geesing & Ward, LLC
4520 East West Highway, Suite 200
Bethesda, Maryland 20814

## CERTIFICATION

The foregoing Order was endorsed by and or served upon all necessary parties pursuant to Local Rule 9022-1(c).


   /s/James L. Pedigo, Jr.
James L. Pedigo, Jr., Esquire


**PARTIES TO RECEIVE COPIES**


George W. Neal, Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, Virginia 23320


James L. Pedigo, Jr., Esquire
Harbour Law P.L.C.
500 East Main Street, Suite 1600
Norfolk, Virginia 23510

Charles and Theresa Hatch
301 Morton Street
Franklin, Virginia 23851

Washington Mutual
FL5-7730
PO BOX 44090
Jacksonville, FL 32231-4090

*To: Mr. Pedigo*

July 24, 2009

**WaMu® is becoming CHASE**

*from: Theresa Hatch*

000475

THERESA A HATCH JR
301 MORTON ST
FRANKLIN VA 23851

RE: Loan Number: 0044735710

## NOTICE OF INTENT TO FORECLOSE

Dear Customer(s):

You are hereby notified that the installments for the above-referenced loan were not paid when due. Your failure to pay the delinquent monthly installments constitutes a breach of the Deed of Trust or Mortgage.

To bring your account current, you must pay the total amount due, as listed below. Failure to make this payment on or before 08/23/09 may result in acceleration of the sums secured by the Deed of Trust or Mortgage, as well as sale of the property encumbered by the Deed of Trust or Mortgage. Furthermore, additional costs may be incurred and added to the total amount you owe.

If you cannot pay the total amount shown below by 08/23/09, various payment options may be available to you that would prevent a foreclosure sale of your property. See the enclosed form for a brief outline of these options.

You also may be eligible for home ownership counseling under the Housing and Community Development Act of 1987. You may contact U.S. Housing and Urban Development Department directly at 1-800-569-4287.

As of today's date, the amount required to cure your delinquency is $16168.44. Because of interest, late charges and other charges that may vary from day to day, the amount due after the date of this letter may be greater. Therefore, if you pay the amount shown you may need to pay additional monies after we receive your payment. We encourage you to call us toll free at 1-866-926-8937 for a reinstatement quote accurate through the specific future date on which we will receive your payment.

| Description | Amount |
|---|---|
| 6 | Monthly Installments due |
| 02/01/2009 through 07/01/2009 | $16168.44 |
| Late Charges | $0.00 |
| Returned Check Fees | $0.00 |
| Other Fee(s) | $0.00 |
| *Corporate Advance(s) | $0.00 |
| Less Miscellaneous Suspense Amount | $0.00 |
| **TOTAL NOW DUE:** | **$16168.44**** |

SP251   *Talked: Flora (8/26/09*

*This amount due represents advances, such as taxes and insurance, which we have made to protect our security interest in this property.

In accordance with our servicing requirements, periodic property inspections will be requested unless payment is received. You will be billed for each property inspection ordered. An additional fee may be assessed if the property is vacant or unsecured.

To determine the use and condition of the property detailed in the Deed of Trust, the undersigned lender may cause entry upon and inspection of the property. Entry and inspection may be made even if the above-described defaults are paid in full.

If permitted by your loan documents or applicable law, you have the right to reinstate after acceleration of the Loan and the right to bring a court action to assert the non-existence of a default, or any other defense to acceleration, foreclosure and sale.

If you have any questions about this notice, call us toll free at 1-866-926-8937.

**An important reminder for all our customers: As stated in the "Questions and Answers for Borrowers about the Homeowner Affordability and Stability Plan" distributed by the Obama Administration, "Borrowers should beware of any organization that attempts to charge a fee for housing counseling or modification of a delinquent loan, especially if they require a fee in advance." Washington Mutual offers loan modification assistance free of charge (i.e., no modification fee required). Please call us immediately at (866) 926-8937 to discuss your options. The longer you delay the fewer options you may have.**

Sincerely,

Collection Department

Washington Mutual Bank

Enclosure

WE ARE A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

WE MAY REPORT/HAVE REPORTED INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

SP251

Washington Mutual
FL5-7730
PO BOX 44090
Jacksonville, FL 32231-4090

August 21, 2009

**WaMu is becoming CHASE**

000522
CHARLES E HATCH JR
301    MORTON ST
FRANKLIN  VA  23851

RE: Loan Number: 0044735710

## NOTICE OF INTENT TO FORECLOSE

Dear Customer(s):

You are hereby notified that the installments for the above-referenced loan were not paid when due. Your failure to pay the delinquent monthly installments constitutes a breach of the Deed of Trust or Mortgage.

To bring your account current, you must pay the total amount due, as listed below. Failure to make this payment on or before 09/20/09 may result in acceleration of the sums secured by the Deed of Trust or Mortgage, as well as sale of the property encumbered by the Deed of Trust or Mortgage. Furthermore, additional costs may be incurred and added to the total amount you owe.

If you cannot pay the total amount shown below by 09/20/09, various payment options may be available to you that would prevent a foreclosure sale of your property. See the enclosed form for a brief outline of these options.

You also may be eligible for home ownership counseling under the Housing and Community Development Act of 1987. You may contact U.S. Housing and Urban Development Department directly at 1-800-569-4287.

As of today's date, the amount required to cure your delinquency is $16199.00. Because of interest, late charges and other charges that may vary from day to day, the amount due after the date of this letter may be greater. Therefore, if you pay the amount shown you may need to pay additional monies after we receive your payment. We encourage you to call us toll free at 1-866-926-8937 for a reinstatement quote accurate through the specific future date on which we will receive your payment.

| Description | Amount |
|---|---|
| 6 | Monthly Installments due |
| 03/01/2009 through 08/01/2009 | $16193.41 |
| Late Charges | $0.00 |
| Returned Check Fees | $0.00 |
| Other Fee(s) | $10.85 |
| *Corporate Advance(s) | $0.00 |
| Less Miscellaneous Suspense Amount | $5.26 |
| TOTAL NOW DUE: | $16199.00** |

SP251

*This amount due represents advances, such as taxes and insurance, which we have made to protect our security interest in this property.

In accordance with our servicing requirements, periodic property inspections will be requested unless payment is received. You will be billed for each property inspection ordered. An additional fee may be assessed if the property is vacant or unsecured.

To determine the use and condition of the property detailed in the Deed of Trust, the undersigned lender may cause entry upon and inspection of the property. Entry and inspection may be made even if the above-described defaults are paid in full.

If permitted by your loan documents or applicable law, you have the right to reinstate after acceleration of the Loan and the right to bring a court action to assert the non-existence of a default, or any other defense to acceleration, foreclosure and sale.

If you have any questions about this notice, call us toll free at 1-866-926-8937.

**An important reminder for all our customers: As stated in the "Questions and Answers for Borrowers about the Homeowner Affordability and Stability Plan" distributed by the Obama Administration, "Borrowers should beware of any organization that attempts to charge a fee for housing counseling or modification of a delinquent loan, especially if they require a fee in advance." Washington Mutual offers loan modification assistance free of charge (i.e., no modification fee required). Please call us immediately at (866) 926-8937 to discuss your options. The longer you delay the fewer options you may have.**

Sincerely,

Collection Department

Washington Mutual Bank

Enclosure

WE ARE A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

WE MAY REPORT/HAVE REPORTED INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

SP251

Washington Mutual
FL5-7730
PO BOX 44090
Jacksonville, FL 32231-4090

September 9, 2009

**WaMu° is becoming CHASE ○**

000352

THERESA A HATCH JR
301    MORTON ST
FRANKLIN  VA  23851

RE: Loan Number: 0044735710

NOTICE OF INTENT TO FORECLOSE

Dear Customer(s):

You are hereby notified that the installments for the above-referenced loan were not paid when due. Your failure to pay the delinquent monthly installments constitutes a breach of the Deed of Trust or Mortgage.

To bring your account current, you must pay the total amount due, as listed below. Failure to make this payment on or before 10/09/09 may result in acceleration of the sums secured by the Deed of Trust or Mortgage, as well as sale of the property encumbered by the Deed of Trust or Mortgage. Furthermore, additional costs may be incurred and added to the total amount you owe.

If you cannot pay the total amount shown below by 10/09/09, various payment options may be available to you that would prevent a foreclosure sale of your property. See the enclosed form for a brief outline of these options.

You also may be eligible for home ownership counseling under the Housing and Community Development Act of 1987. You may contact U.S. Housing and Urban Development Department directly at 1-800-569-4287.

As of today's date, the amount required to cure your delinquency is $16218.71. Because of interest, late charges and other charges that may vary from day to day, the amount due after the date of this letter may be greater. Therefore, if you pay the amount shown you may need to pay additional monies after we receive your payment. We encourage you to call us toll free at 1-866-926-8937 for a reinstatement quote accurate through the specific future date on which we will receive your payment.

| Description | Amount |
| --- | --- |
| 6 | Monthly Installments due |
| 04/01/2009 through 09/01/2009 | $16218.38 |
| Late Charges | $0.00 |
| Returned Check Fees | $0.00 |
| Other Fee(s) | $0.33 |
| *Corporate Advance(s) | $0.00 |
| Less Miscellaneous Suspense Amount | $0.00 |
| TOTAL NOW DUE: | $16218.71** |

SP251

*This amount due represents advances, such as taxes and insurance, which we have made to protect our security interest in this property.

In accordance with our servicing requirements, periodic property inspections will be requested unless payment is received. You will be billed for each property inspection ordered. An additional fee may be assessed if the property is vacant or unsecured.

To determine the use and condition of the property detailed in the Deed of Trust, the undersigned lender may cause entry upon and inspection of the property. Entry and inspection may be made even if the above-described defaults are paid in full.

If permitted by your loan documents or applicable law, you have the right to reinstate after acceleration of the Loan and the right to bring a court action to assert the non-existence of a default, or any other defense to acceleration, foreclosure and sale.

If you have any questions about this notice, call us toll free at 1-866-926-8937.

**An important reminder for all our customers: As stated in the "Questions and Answers for Borrowers about the Homeowner Affordability and Stability Plan" distributed by the Obama Administration, "Borrowers should beware of any organization that attempts to charge a fee for housing counseling or modification of a delinquent loan, especially if they require a fee in advance." Washington Mutual offers loan modification assistance free of charge (i.e., no modification fee required). Please call us immediately at (866) 926-8937 to discuss your options. The longer you delay the fewer options you may have.**

Sincerely,

Collection Department

Washington Mutual Bank

Enclosure

WE ARE A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

WE MAY REPORT/HAVE REPORTED INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.



Customer Receipt / Recibo del Cliente  www.westernunion.com

```
FRIENDLY CHECK #027              Oper ID: BAB   Quick Collect
1549 ARMORY DR                   02/12/09
INSIDE BP MART                   350P EST       MTCN: 551-255-8986
FRANKLIN VA 23851
Sender/Remitente: THERESA HATCH
Receiver/Destinatario: WASHINGTON MUTUAL BANK

Code City/Codigo de la ciudad: GOLDENBEAR CA
Account #/Numero de cuenta: 0044735710
Reference #/Numero de referencia:
Attn/Atencion:



Western Union Card Number / Numero de Tarjeta: 903379103
Total WU Card Points/Total puntos en tarjeta WU           : 45
Assigned WU Card Points/Puntos asignados a la tarjeta WU  : 5
                              Amount/Cantidad:     $ 2997.73
                              Charge(s)/Cargos:
                                 Service/Servicio:    12.99
                              Total/Total:         $ 3010.72




NO MORE FORMS - JUST FOR GOLD CARD MEMBERS.
When sending a qualifying money transfer or bill payment to an existing
receiver, there is no need to fill out a form, saving even more time.
************************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card.
Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.
```

Agent Signature / Firma del Agente _____    Customer Signature / Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING HOW CURRENCY EXCHANGE, IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SEND YOUR FUNDS, THE CURRENCY CONVERTED TO AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET AT A TIME CLOSER TO WHEN THE FUNDS ARE PAID. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE CHOSEN ARE SET FORTH ON THE REVERSE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO LAS INSTRUCCIONES SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN QUE USTED ENVIÓ LOS FONDOS, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

```
YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is
loaded directly on your card. Calling instructions are on the card
back, or dial 888-628-8862 & enter your personal PIN: 663580469156.
```





Customer Receipt / Recibo del Cliente     www.westernunion.com

```
FRIENDLY CHECK #027              Oper ID: BAB    Quick Collect
1549 ARMORY DR                   03/16/09
INSIDE BP MART                   906A EDT        MTCN: 887-918-7247
FRANKLIN VA 23851
Sender/Remitente: THERESA HATCH
Receiver/Destinatario: WASHINGTON MUTUAL BANK

Code City/Codigo de la ciudad: GOLDENBEAR CA
Account #/Numero de cuenta: 0044735710
Reference #/Numero de referencia:
Attn/Atencion:



Western Union Card Number / Numero de Tarjeta: 903379103
Total WU Card Points/Total puntos en tarjeta WU           : 50
Assigned WU Card Points/Puntos asignados a la tarjeta WU  : 5

                         Amount/Cantidad:      $ 2694.74
                         Charge(s)/Cargos:
                            Service/Servicio:     12.99
                         Total/Total:          $ 2707.73




NO MORE FORMS - JUST FOR GOLD CARD MEMBERS.
When sending a qualifying money transfer or bill payment to an existing
receiver, there is no need to fill out a form, saving even more time.
***************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card.
Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.



  Agent Signature /                       Customer Signature /
  Firma del Agente _____       Firma del Cliente _____
```

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE GUARANTEED RATE IS LISTED AND THE EXCHANGE RATE IS SHOWN. OTHERWISE,
OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER PICKS UP THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING
TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH UNTIL REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU AGREE
TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A
MONEDA EXTRANJERA, POR FAVOR LEA AL REVERSO MAS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU
TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN QUE ENVIÓ EL DINERO, LA MONEDA E LA QUE SE HARA EL PAGO Y EL TIPO DE CAMBIO SE
INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS
TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN EL REVERSO. AL
FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTA DE ACUERDO CON ESOS TERMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is
loaded directly on your card. Calling instructions are on the card
back, or dial 888-628-8862 & enter your personal PIN: 663580469156.



**WESTERN UNION**  Customer Receipt / Recibo del Cliente            www.westernunion.com

```
FRIENDLY CHECK #027              Oper ID: 411   Quick Collect
1549 ARMORY DR                   04/21/09
INSIDE BP MART                   1201P EDT      MTCN: 022-048-0875
FRANKLIN VA 23851
Sender/Remitente: THERESA HATCH
Receiver/Destinatario: WASHINGTON MUTUAL BANK

Code City/Codigo de la ciudad: GOLDENBEAR CA
Account #/Numero de cuenta: 0044735710
Reference #/Numero de referencia:
Attn/Atencion:
```

*April May payment when we were in court*

```
Western Union Card Number / Numero de Tarjeta: 903379103
Total WU Card Points/Total puntos en tarjeta WU           : 55
Assigned WU Card Points/Puntos asignados a la tarjeta WU  : 5

                              Amount/Cantidad:    $   500.00
                              Charge(s)/Cargos:
                              Service/Servicio:       12.99
                              Total/Total:        $   512.99
```

can Western Union help you save up to 20% on your everyday
purchases? yes! start shopping at over 200 retailers, by visiting
westernunionperks.com to sign up for free today!
****************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card.
Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente _____    Customer Signature / Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIO EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARAN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTA DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is
loaded directly on your card. Calling instructions are on the card
back, or dial 888-628-8862 & enter your personal PIN: 663580469156.



# WESTERN UNION

Customer Receipt / Recibo del Cliente    www.westernunion.com

```
FRIENDLY CHECK #027              Oper ID: K60   Quick Collect
1549 ARMORY DR                   05/26/09
INSIDE BP MART                   730P EDT       MTCN: 882-243-9306
FRANKLIN VA 23851
Sender/Remitente: THERESA HATCH
Receiver/Destinatario: WASHINGTON MUTUAL BANK

Code City/Codigo de la ciudad: GOLDENBEAR CA
Account #/Numero de cuenta: 0044735710
Reference #/Numero de referencia:
Attn/Atencion:




Western Union Card Number / Numero de Tarjeta: 918953080
Total WU Card Points/Total puntos en tarjeta WU          : 10
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 10

                                 Amount/Cantidad:    $ 2700.00
                                 Charge(s)/Cargos:
                                 Service/Servicio:      12.99
                                 Total/Total:        $ 2712.99
```

PURCHASE AMAZON.COM GIFT CARD* CLAIM CODES AND SHOP ONLINE WITH CASH!
Buy $50-$5000 codes from Western Union, redeem for millions of items
on Amazon.com. *Restrictions apply. Visit www.wugiftcards.com/amazon.
*********************************************************************
WELCOME! YOU JUST ACTIVATED YOUR GOLD CARD REWARDS ACCOUNT! Your Card & Kit
will arrive in 4-5 weeks. Save time AND earn phone time and Reward Points!

Agent Signature /                       Customer Signature /
Firma del Agente _____        Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIEN GANA DINERO CUANDO CAMBIA SUS DOLARES A MONEDA EXTRANJERA. FOR FAVOR LEA AL REVERSO MAS INFORMACION SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARA CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TERMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCION Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TERMINOS Y CONDICIONES.

```
                Customer Receipt / Recibo del Cliente              www.westernunion.com
```

```
FRIENDLY CHECK #027              Oper ID: K95  Quick Collect
1549 ARMORY DR                   07/06/09
INSIDE BP MART                   943A EDT       MTCN: 289-596-3816
FRANKLIN VA 23851
Sender/Remitente: THERESA HATCH
Receiver/Destinatario: WASHINGTON MUTUAL BANK

Code City/Codigo de la ciudad: GOLDENBEAR CA

Reference #/Numero de referencia:
Attn/Atencion:
```

*June payment*

```
Western Union Card Number / Numero de Tarjeta: 903379103
Total WU Card Points/Total puntos en tarjeta WU       : 60
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

                        Amount/Cantidad:      $ 2694.74
                        Charge(s)/Cargos:
                           Service/Servicio:     12.99
                        Total/Total:          $ 2707.73
```

*7-6-09*

```
can Western Union help you save up to 20% on your e
purchases? yes! start shopping at over 200 retailer
westernunionperks.com to sign up for free today!
**********************************************
ADD PHONE TIME! Gold Card acts as a rechargeable L(
Add time using cash at an Agent. Call 888-520-7924
```

FRIENDLY CHECK  027
1549 ARMORY DRIVE
FRANKLIN VA 23851
(757) 562-0687

| Customer | TELLER K95 |
| Receipt | 7/6/2009 12:22 AM |
| Item | Qty Amount | Fee | Total |
| WESTERN UNION | 1  $2,694.74 | 12.99 | 2,707.73 |
| hatch.theresa | | | |
| Total for SVC | $2,694.74 | 12.99 | 2,707.73 |

```
YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE T
loaded directly on your card. Calling instructions
back, or dial 888-628-8862 & enter your personal P
```

| Tax | $0.00 |
| Less Fees | $0.00 |
| Amount Due | $2,707.73 |
| Cash Tendered | $2,707.73 |
| Cash Paid to Customer | $.00 |

Thank you for choosing FRIENDLY CHECK for your financial needs.



```
FRIENDLY CHECK #027              Oper ID: J05   Quick Collect
1549 ARMORY DR                   08/11/09
INSIDE BP MART                   1116A EDT       MTCN: 665-055-3750
FRANKLIN VA 23851
Sender/Remitente: THERESA HATCH
Receiver/Destinatario: WASHINGTON MUTUAL BANK

Code City/Codigo de la ciudad: GOLDENBEAR CA
Account #/Numero de cuenta: 004473 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta: 903379103
Total WU Card Points/Total puntos en tarjeta WU              : 65
Assigned WU Card Points/Puntos asignados a la tarjeta WU     : 5

                             Amount/Cantidad:     $ 2700.00
                             Charge(s)/Cargos:
                             Service/Servicio:       12.99
                             Total/Total:         $ 2712.99
```

ADD PHONE TIME!  Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente _____   Customer Signature / Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MAS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTA DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 663580469156.



**WESTERN UNION**  Customer Receipt / Recibo del C    www.westernunion.com

```
FRIENDLY CHECK #027              Oper ID: J05   Quick Collect
1549 ARMORY DR                   08/21/09
INSIDE BP MART                   518P EDT       MTCN: 131-523-9740
FRANKLIN VA 23851
Sender/Remitente: THERESA HATCH
Receiver/Destinatario: WASHINGTON MUTUAL BANK

Code City/Codigo de la ciudad: GOLDENBEAR CA
Account #/Numero de cuenta: 004473 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta: 903379103
Total WU Card Points/Total puntos en tarjeta WU          : 70
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

                              Amount/Cantidad:      $ 2700.00
                              Charge(s)/Cargos:
                                  Service/Servicio:    12.99
                              Total/Total:          $ 2712.99
```

ADD PHONE TIME!  Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente    Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EL REVERSO MAS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTA DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 663580469156.

