# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-70650-FJS |
| CHARLES and THERESA HATCH, | ) | |
| *Debtors*. | ) | Chapter 13 |

**ORDER TO RE-OPEN BANKRUPTCY CASE**

Upon receipt of a letter from the Debtor docketed on September 16, 2009, outlining the Debtors confusion as to the amounts due on the mortgage held by Long Beach Mortgage c/o Washington Mutual Bank on their property located at 301 Morton Street, Franklin, Virginia 23851, this Court hereby re-opens the Debtors bankruptcy case and sets a Status Hearing for November 3, 2009 at 10:30.

Accordingly, the Court ORDERS that the case is re-opened and a Status Hearing is set for November 3, 2009 at 10:30.

The Clerk shall deliver copies of this Order to Counsel for the Debtor, James L. Pedigo, Esq.; Chapter 13 Trustee, George W. Neal, Esq and Stephen Wood, Esq, attorney for Long Beach Mortgage c/o Washington Mutual Bank.

IT IS SO ORDERED.

FRANK J. SANTORO
United States Bankruptcy Judge